IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 09-00918-TUC-CKJ(BPV) |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS** |
| ROBERT LEROY STODDARD, JR., | |
| Defendant. | |

On October 13, 2009, Defendant Robert Leroy Stoddard, Jr., filed a Motion to Dismiss [Doc. 19]. The Government filed its Response [Doc. 21] on October 15, 2009, and the Defendant filed his Reply [Doc. 23] on October 29, 2009.

The matter came on for hearing before the Court on October 30, 2009, and Counsel presented their arguments.

**IT IS ORDERED** that Defendant's Motion to Dismiss [Doc. 19] is denied, with leave to the Defendant to re-urge the Motion at trial after the Government has rested.

Pursuant to 28 U.S.C. §636(b)(1)(B), the parties have ten (10) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be filed as CR 09-00918-TUC-CKJ.

DATED this 2nd day of November, 2009.

_____
Bernardo P. Velasco
United States Magistrate Judge