IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT LEROY STODDARD, JR., ) <br> ) <br> Defendant. ) <br> ) | No. CR 09-918-TUC-CKJ (BPV) <br> **ORDER** |

On November 2, 2009, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation [Doc. # 25] in which he recommended that Defendant Robert Leroy Stoddard, Jr.'s Motion to Dismiss [Doc. # 19] be denied, with leave to re-urge the Motion at trial after the government has rested. The Report and Recommendation notified the parties that they had ten days from the date of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the Motion to Dismiss, the Response, the Reply, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 25] is ADOPTED, and;

2. The Motion to Dismiss [Doc. # 19] is DENIED, with leave to re-urge at trial after the government has rested.

DATED this 23rd day of November, 2009.

_____
Cindy K. Jorgenson
United States District Judge